ORIGINAL

**FILED**

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

OCT 13 2020

Bowen Greenwood
Clerk Supreme Court
State of Montana

IN RE PETITION OF BENJAMIN KOLTER FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

**ORDER**

Benjamin Kolter has petitioned this Court for reinstatement to active status in the State Bar of Montana. Kolter was placed on inactive status in September 2020 for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2020. Attached to the Petition is a letter from the State Bar stating that Kolter has now completed all CLE requirements for that reporting year. The Petition states that Kolter is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Benjamin Kolter for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Kolter shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 13 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices